# Davis *et al. v.* The State.

(Decided May 17th, 1906.  41 So. Rep. 298.)

*Criminal Law: Appeal; Bill of Exceptions.*—A bill of exceptions signed after the expiration of the 60 days allowed by the Act of Jan. 23rd, 1891, (Acts 1890-91, p. 227), and after the commencement of the next term of the trial court, cannot be considered, although within the time of the extension agreed on by counsel.

APPEAL from Jefferson Criminal Court.

Heard before HON. D. A. GREENE.

The defendant was indicted for knowingly or willfully driving an animal running at large in a district where it was lawful for such animal to run at large into a district in said county where it was not lawful for said animals to run at large with the intention that said animal should be impounded. Trial was had and conviction obtained on Nov. 16th, 1905, and an order entered granting sixty days for signing bill of exception. On Jan. 15th, 1906, the solicitor and attorney for defendant entered into an agreement extending the time another thirty days, and the bill was approved Feb. 12th, 1906.

E. D. SMITH and J. Q. SMITH, for appellants.—Counsel discussed matters shown in bill of exceptions, but do not discuss the point decided.

MASSEY WILSON, Attorney General, for the State.—
The bill of exceptions cannot be considered for any pur-
pose. The time granted by the court expired Jan. 16,
after the expiration of the trial term, and the extension
of time was made by an agreement of counsel. The bill
cannot be considered for any purpose.—*Adams v. The.
State,* 40 So. Rep. 85.

DENSON, J.—On the authority of the case of *Adams
r. State,* 40 So. Rep. 85, the paper in the record, purport-
ing to be a bill of exceptions must be stricken.

With the bill of exceptions out no question remains for
our consideration. There being no error apparent in the
record, the judgment appealed from is affirmed.

Affirmed.

TYSON, SIMPSON and ANDERSON, JJ., concur.